IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ANTHONY CATALIOTTI, ) | |
| ) | Case No. 8:11cv85 |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| MATTHEW GEVO, ) | |
| ) | |
| Defendant. ) | |

Upon notice of settlement given to the magistrate judge by David M. Woodke, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **July 15, 2013,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to the undersigned, Magistrate Judge F.A. Gossett at Gossett@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The jury trial set for July 16, 2013, is cancelled upon the representation that this case is settled.

Dated: June 13, 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge