# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ANTHONY CATALIOTTI, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV85 |
| | ) | |
| V. | ) | |
| | ) | |
| MATTHEW GEVO, | ) | JUDGMENT |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice (filing 55),

**IT IS ORDERED** that the above-captioned case is dismissed with prejudice, each party to bear its own costs and attorneys fees.

**DATED June 20, 2013.**

BY THE COURT:

S/ F.A. Gossett
**United States Magistrate Judge**